■ CHEEKTOWAGA-MARYVALE UNION FREE SCHOOL DISTRICT, Appellant, v NIAGARA FRONTIER TRANSPORTATION AUTHORITY, Respondent.—Judgment unanimously affirmed, without costs, for the reasons stated at Special Term, Denman, J. (Appeal from judgment of Erie Supreme Court—art 78.) Present —Cardamone, J. P., Schnepp, Callahan, Witmer and Moule, JJ.